```
Richard C. Gordon (Nevada Bar #9036)
Tanya N. Lewis (Nevada Bar #8855)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone:  702.784.5200
Facsimile:  702.784.5252
Email:  rgordon@swlaw.com
        tlewis@swlaw.com
```

*Attorneys for Defendant Safeco Insurance Company of America*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE SPINOSO, an individual,<br><br>Plaintiff<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA dba SAFECO INSURANCE COMPANY, a foreign corporation; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants | Case No. 2:22-cv-01356-CDS-VCF<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff STEPHANIE SPINOSO and Defendant SAFECO INSURANCE COMPANY OF AMERICA dba SAFECO INSURANCE COMPANY (collectively the "Parties"), by and through their respective undersigned counsel of record, as follows:

(1) The Parties have reached a settlement in the above-captioned matter;

(2) Consistent with the terms of their settlement agreement, the Parties stipulate and agree that this action shall be dismissed with prejudice;

(3) The Parties further stipulate and agree that each Party will bear its own attorneys' fees, expenses, and costs associated with this action.

///

DATED this 14th day of September, 2023.

LADAH LAW FIRM

By: */s/ Adrian Karimi*
Ramzy P. Ladah, Esq.
Adrian Karimi, Esq.
517 S. 3rd Street
Las Vegas, NV 89101

*Attorneys for Plaintiff*

DATED this 14th day of September, 2023

SNELL & WILMER L.L.P.

*/s/ Tanya N. Lewis*
Richard C. Gordon, Esq.
Tanya N. Lewis, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Attorneys for Defendant*

## ORDER

In accordance with the foregoing stipulation between the parties and good cause appearing therefore,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice.

**IT IS FURTHER ORDERED** that the parties bear their own attorneys' fees, expenses and costs associated with this action.

The Clerk of Court is kindly instructed to close this case.

Dated: September 14, 2023

Cristina D. Silva
United States District Judge

4853-5584-4991